UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL DAVIS,<br><br>                Plaintiff,<br><br>     v.<br><br>A. AGUNDEZ, et al.,<br><br>                Defendants. | Case No. 1:20-cv-00640-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY MOTION TO PROCEED *IN FORMA PAUPERIS* SHOULD NOT BE DENIED**<br><br>(Doc. 2)<br><br>21-DAY DEADLINE |

Plaintiff has filed a motion to proceed *in forma pauperis*. (Doc. 2.) According to his prison trust account statement, on January 27, 2020, Plaintiff received a settlement check in the amount of $3,500. (Doc. 5.) As of April 17, 2020, Plaintiff had $1,194.68 in his trust account. This is more than enough to pay the $400 filing fee in this action.

Proceeding "in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). While a party need not be completely destitute to proceed IFP, *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948), "'the same even-handed care must be employed to assure that federal funds are not squandered to underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar.'" *Doe v. Educ. Enrichment Sys.*, No. 15-cv-2628-MMA-MDD, 2015 U.S. Dist. LEXIS 173063, *2 (S.D. Cal. 2015) (quoting *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984)). Hence, "the court shall dismiss the case at any time if the court determines

that the [plaintiff's] allegation of poverty is untrue." 28 U.S.C. § 1915(e)(2)(A).

Plaintiff has adequate funds to pay the filing fee in full to proceed in this action. Accordingly, **within 21 days** of the date of service of this order, Plaintiff shall show cause in writing why his motion to proceed *in forma pauperis* should not be denied. Alternatively, Plaintiff may pay the $400 filing fee in this action. **Failure to respond to this order will result in dismissal for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **May 7, 2020**                              /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE