UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL DAVIS,<br><br>   Plaintiff,<br><br>   v.<br><br>A. AGUNDEZ, et al.,<br><br>   Defendants. | Case No. 1:20-cv-00640-DAD-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF**<br><br>(Doc. 30) |

On September 21, 2021, the Court issued an order staying this case for 90 days and referring it to alternative dispute resolution. (Doc. 28.) The Court provided that "[n]o pleadings or motions may be filed . . . during the stay," and that the parties may "not engage in formal discovery, but they may engage in informal discovery." (*Id.* at 2.) The Court also directed the parties to meet and confer. (*Id.* at 1-2.) Plaintiff filed a notice indicating his agreement to proceed to an early settlement conference. (Doc. 29.)

On October 20, 2021, Plaintiff filed a motion for miscellaneous relief. (Doc. 30.) He requests, among other things, that the Court "provide all Defendant's records" and "a print out of [ ] a document pertaining to [this] case." (*Id.* at 1-2.)  First, the Court is unsure to which document Plaintiff is referring. Second, the Court will not conduct discovery on Plaintiff's behalf. As explained in the Court's First Informational Order, after the Court opens discovery, "[d]iscovery requests must be served directly on the attorney for the [opposing party]." (Doc. 3 at 5.) Third,

Plaintiff's filing violates the Court's order to not file any motions or engage in formal discovery during the stay of this case.[1] Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

    Dated:  **October 21, 2021**             **/s/ Jennifer L. Thurston**
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff complains that Defendant's counsel called him to discuss possible settlement in violation of the "Court's order[ ] to not engage in formal discovery." (Doc. 30 at 1.) However, a phone call is not formal discovery—it is informal, which the Court allowed for in its order. (Doc. 28 at 2.) Indeed, the Court explicitly directed the parties to meet and confer, (*id.* at 1-2), which may occur over a telephone call.