#### UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL DAVIS,<br><br>            Plaintiff,<br><br>v.<br><br><br>A. AGUNDEZ, et al.,<br>            Defendants. | 1:20-cv-00640-ADA BAK (EPG)  (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR TELEPHONIC APPEARANCE OF CORNELL DAVIS, CDCR NO. AW-7860**<br><br>DATE: **October 21, 2022**<br>TIME:  **10:30 a.m.** |

Cornell Davis, CDCR # AW-7860, the plaintiff in this case and a necessary participant at a telephonic pre-settlement conference on October 21, 2022, is confined at California State Prison, Corcoran, in Corcoran, California, in the custody of the Warden. In order to secure the inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Helena Barch-Kuchta U.S. District Court, Eastern District of California, by telephone on **October 21, 2022**, **at 10:30 a.m.**

#### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a telephonic pre-settlement conference before Magistrate Judge Helena Barch-Kuchta on the date and time above, until completion of the hearing or as ordered by the court. The party shall dial 1-888-204-5984 and enter passcode 4446176.

2. Any difficulties connecting to the telephonic pre-settlement conference shall be immediately reported to Patricia Apodaca, courtroom deputy, at 559-499-5980, papodaca@caed.uscourts.gov.

3. The custodian is ordered to notify the court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

#### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Corcoran, in Corcoran, California**

    **WE COMMAND** you to produce the inmate named above to testify before Judge Barch-Kuchta on the date and time above, by telephone as directed above, until completion of the proceedings or as ordered by the court.



**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **September 27, 2022**        /s/ Erica P. Grosjean
                                                                            UNITED STATES MAGISTRATE JUDGE