UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. AGUNDEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00640-ADA-CBD (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THE PARTIES' FAILURE TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Doc. 54 |

　　　　Plaintiff Cornell Davis is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Following a settlement conference before Magistrate Judge Helena Barch-Kuchta on October 28, 2022, this matter settled. (*See* Doc. 54 [minute order].) Judge Barch-Kuchta ordered all pending deadlines or hearings stayed and that dispositional documents be filed within 30 days. (*Id.*)

　　　　More than 30 days have now passed, yet dispositive documents have not been filed with the Court nor have the parties sought additional time within which to file those documents. Under Local Rules 110, 160 and 272, failure to timely file dispositional papers and otherwise violate an order of the Court may be grounds for sanctions.

//

Accordingly, **within fourteen (14) days of the date of this order**, the parties SHALL show cause why sanctions should not be imposed for the failure to timely file the dispositional papers.  The parties may comply with this order by filing either (1) a status report outlining the status of the settlement and explaining why the appropriate documents have not been filed, or (2) appropriate papers to dismiss or conclude this action. The parties are advised that failure to respond to this Order to Show Cause may result in dismissal of this action.

IT IS SO ORDERED.

Dated:  **December 1, 2022**

UNITED STATES MAGISTRATE JUDGE