UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNELL DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. AGUNDEZ, et al.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00640-ADA-CBD (PC)<br><br>**ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Docs. 55, 56) |

　　　　Plaintiff Cornell Davis is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Following a settlement conference held October 28, 2022, before Magistrate Judge Helena Barch-Kuchta and pursuant to the minutes for that proceeding, the parties agreed to settle the matter. Dismissal documents were to be filed within 30 days. (Doc. 54 [Minutes].)

　　　　On December 2, 2022, counsel for Defendants A. Agundez, D. Dominguez, and C. Urrutia filed a Stipulation for Voluntary Dismissal with Prejudice. The stipulation is signed and dated by Plaintiff Cornell Davis and David E. Kuchinsky, counsel for Defendants Agundez, Dominguez and Urrutia, and indicates that each party shall bear its own litigation costs and attorney's fees. (Doc. 56.)

//

//

1 | Accordingly, this action is terminated by operation of law without further order from the
2 | Court. Fed. R. Civ. P. 41(a)(1)(A)(ii).  The Order to Show Cause (Doc. 55) is DISCHARGED.
3 | The Clerk of the Court is directed to terminate all pending motions and deadlines and to
4 | close this case.
5 | IT IS SO ORDERED.
6 | Dated:   **December 5, 2022**
7 | UNITED STATES MAGISTRATE JUDGE