|   |   |
|---|---|
| CORNELL DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. AGUNDEZ, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00640-ADA-CDB (PC)<br><br>**ORDER REQUIRING DEFENDANTS' RESPONSE TO PLAINTIFF'S MARCH 3, 2023 FILING** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

　　　A settlement was reached in this case on October 28, 2022. (Doc. 54.) Dispositional documents were due within thirty days. (*Id*.)

　　　On December 1, 2022, this Court issued an Order to Show Cause Why Sanctions Should Not Be Imposed for The Parties' Failure to File Dispositional Documents. (Doc. 55.)

　　　The following day, a Stipulation for Voluntary Dismissal with Prejudice was filed with the Court. (Doc. 56.)

　　　An Order Regarding Stipulation for Voluntary Dismissal with Prejudice issued December 5, 2022, and the case was closed. (Doc. 57.)

　　　On March 3, 2023, Plaintiff filed a document titled "Motion to Revoke the Stipulation For Voluntary Dissmissal with Prejudicese for Non-Compliance from CDCR Employee Correctional Counselor." (Doc. 58.) Plaintiff contends a correctional counselor at Corcoran State Prison is refusing to "send the proper information needed for the payee Data Form," the apparent result of

which is Plaintiff being unable to receive the settlement funds. (*Id*.) Plaintiff contends he has been asking the counselor to send the form with "the correct Social Security Number" to "R. Williams" since October 29, 2022, and his multiple requests have been denied. (*Id*.) Plaintiff contends the counselor refuses his requests, telling Plaintiff "that's between you and your attorney," despite the fact Plaintiff is not represented by counsel in this action. (*Id*.)

Accordingly, **within fourteen (14) days of the date of this order**, Defendants SHALL conduct a reasonable investigation concerning the issue raised in Plaintiff's March 3, 2023 filing and SHALL file a status report with this Court **no later than March 27, 2023**. The status report should advise the Court regarding the status of the parties' settlement, the disbursement of settlement funds to Plaintiff and whether the issue raised in Plaintiff's filing has been resolved.

In the event Defendants fail to respond to this order, the Court will construe Plaintiff's March 3, 2023 filing as a motion to set aside the judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure and issue a ruling in due course.

IT IS SO ORDERED.

Dated: **March 14, 2023**                                  _____
                                                                               UNITED STATES MAGISTRATE JUDGE

2