1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    CORNELL DAVIS,                          No. 1:20-cv-00640-ADA-CDB (PC)

12                 Plaintiff,                 ORDER ADOPTING FINDINGS AND
                                              RECOMMENDATIONS TO DENY
13          v.                                PLAINTIFF'S MOTION OR REQUEST TO
                                              REVOKE STIPULATION FOR VOLUNTARY
14    A. AGUNDEZ, et al.,                     DISMISSAL

15                 Defendants.                (ECF Nos. 58, 61)

16

17          Plaintiff Cornell Davis ("Plaintiff") is proceeding *pro se* in this closed civil rights action

18    brought pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 19, 2023, the assigned Magistrate Judge issued findings and recommendations,

21    recommending that Plaintiff's motion or request to revoke the stipulation for voluntary dismissal

22    with prejudice should be denied.  (ECF No. 61.)  The parties were afforded fourteen days within

23    which to file any objections.  (*Id.*)  No objections have been filed.

24          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

25    *de novo* review of this case.  Having carefully reviewed the file, the Court finds the findings and

26    recommendations to be supported by the record and proper analysis.

27    //

28    //

1        Accordingly,

2        1.  The findings and recommendations issued on April 19, 2023, (ECF No. 61), are

3            ADOPTED in full;

4        2.  Plaintiff's motion or request to revoke the stipulation for voluntary dismissal, (ECF No.

5            58), is DENIED; and

6        3.  The action remains closed.

7

8

9   IT IS SO ORDERED.

10      Dated:    May 30, 2023

         _____
                 UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28